[No. 11745.   Department Two.   March 28, 1914.]

THE STATE OF WASHINGTON, *Respondent*, v. T. S. JOHNSON,
*Appellant.*[1]

Appeal from a judgment of the superior court for Kitsap county,
French, J., entered November 29, 1913, denying an application to set
aside the forfeiture of bail. Reversed.

*Charles H. Miller*, for appellant.
*F. W. Moore*, for respondent.

PER CURIAM.—The facts in this case are substantially the same as
in *State v. Fong, ante* p. 68, 139 Pac. 647. For the reasons there
stated, the judgment in this case is reversed, and the cause remanded
with directions to the lower court to set aside the order of forfeiture,
upon such terms as the court may adjudge to be just and equitable.

[1]Reported in 139 Pac. 648.